```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

JEFFREY JAMES FOX,                   :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :     CIVIL ACTION 15-0434-CB-M
                                     :
CAROLYN W. COLVIN,                   :
Commissioner of Social Security,     :
                                     :
    Defendant.                       :

## ORDER

Plaintiff has not filed a Brief and Fact Sheet (Doc. 12) as Ordered in this action (*see* Doc. 4, ¶ 3).  The Brief and Fact Sheet were due on November 16, 2015.

Plaintiff is **ORDERED** to file a Brief and Fact Sheet, **no later than December 9, 2015,** or this action will be dismissed for Plaintiff's failure to pursue this action and follow the Orders of this Court.

DONE this 2nd day of December, 2015.


                                           s/BERT W. MILLING, JR.
                                           UNITED STATES MAGISTRATE JUDGE