```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

```
JEFFREY JAMES FOX,                   :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :    CIVIL ACTION 15-0434-M
                                     :
CAROLYN W. COLVIN,                   :
Commissioner of Social Security,     :
                                     :
    Defendant.                       :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor Defendant Carolyn W. Colvin and against Plaintiff Jeffrey James Fox.

DONE this 21st day of April, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE